UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:　　　　　　　　　　　　　　CASE NUMBER

**Tyrone Yancy**　　　　　　　　　　　　　　　　**01-15145**
**Florence Yancy**　　　　　　　　　　　　　　　**Section "B"**

DEBTOR(S)　　　　　　　　　　　　　　　　　　CHAPTER 7
　　　　　　　　　　　　　　　　　　　　　　　LIQUIDATION

## ORDER

On September 24, 2003, there came before the Court the Motion For Authority to Close Case Without Abandoning Asset of Claude C. Lightfoot, Jr., Chapter 7 Trustee in the above captioned matter. Notice was served upon all parties in interest and the Court having considered the pleadings and the record;

**IT IS ORDERED** that that upon closing of this case pursuant to 11 U.S.C. § 350, the debtor's undivided interest in the real property located at 1723-25 ½ Columbus, New Orleans, Louisiana, which is more fully described on the attached Exhibit "A," not be deemed abandoned under the provisions of 11 U.S.C. § 544(c).

New Orleans, Louisiana, September 24, 2003.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Jerry A. Brown**
　　　　　　　　　　　　　　　　　　　　U. S. Bankruptcy Judge

CONVEYANCE OFFICE
GASPER J. SCHIRO

01-15145

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 95-10573      DIVISION "M"

## SUCCESSION

## OF

## MELVIN YANCY

FILED_____                DEPUTY CLERK_____

*************************************************************
### JUDGMENT OF POSSESSION

Considering the petition of TYRONE YANCY, YVONNE YANCY HOLLINS, GWENDOLYN YANCY TURNER, BURNELL YANCY, and TERRY YANCY HARRIS, to be placed in possession of decedent's estate, all in accordance with the terms of decedent's last will and testament, the affidavits annexed, and the approval of the Inheritance Tax Collector, it appearing that the Inheritance Tax due the State of Louisiana has been paid, and the law and evidence being in favor of petitioners for the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED that

1. An administration of this estate should be dispensed with and the Testamentary Executor, Tyrone Yancy be discharged.

2.  An accounting due to the heirs by the Testamentary Executor be waived, as per the affidavits signed by the sole heirs and children and grand child of the decedent.

3. Petitioners, TYRONE YANCY, YVONNE YANCY HOLLINS, GWENDOLYN YANCY TURNER, BURNELL YANCY, and TERRY YANCY HARRIS be recognized and decreed to be the sole heirs and children and grand child of the decedent, and, as such entitled to the full ownership and to be placed in possession of an undivided one-fifth (1/5) interest each of the decedent's estate in accordance with the terms of the decedent's last will and testament, more particularly the following described property, to-wit:

   1.  Real Estate:

       A CERTAIN LOT OF GROUND, together will all the buildings
       and improvements thereon, and all the rights, ways,
       privileges, servitudes and advantages thereunto belonging
       or in anywise appertaining, situated in the Third

09-15-95  01CL6621     JUDGEM 135   16.00


EXHIBIT A

District of this City, Square 763, bounded by Columbus, Laharpe, N. Derbigny, and No. Roman, said lot being designated by the No. 25 (assessment) or Lot 13 (title) and according to a survey of Adloe Orr, C. E. dated June 16, 1936, said lot commences at a distance of one hundred feet (100') from the corner of Columbus and N. Roman Streets and measures thence 32'5"6"' front on Columbus, same width in the rear, by a depth between equal and parallel lines of 157'11"7"'.

The improvements on said property bear the Municipal Nos. 1723-25 Columbus.

Being the same property acquired by the mortgagor herein from Arthur and Lillian Joseph as per act before Leslie P. Beard, N. P., dated February 23,1955 and registered in COB 600, Folio 486; also, acquired from Leola Spencer, divorced wife of Melvin Yancey, as per act passed before David Earl Hogan, N.P., dated January 17, 1968, and reg. in COB_____, Folio_____.

2. First National Bank of Commerce Account No. 65000029110632044 in the name "Succession of Melvin Yancy

JUDGMENT READ, RENDERED AND SIGNED THIS _____ day of __SEP 1 5 1995__, 1995.

_____
J U D G E

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

95-40493 SP 15

INSTR No. 110820
CONVEYANCE OFFICE
PARISH OF ORLEANS